No. 01–8414.  MOSQUEDA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–908.  METRO-NORTH COMMUTER RAILROAD CO. v. ROBINSON ET AL.  C. A. 2d Cir.  Motion of United States Chamber of Commerce for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 01–972.  PENNSYLVANIA PUBLIC UTILITY COMMISSION v. CITY OF CHESTER ET AL.  Commw. Ct. Pa.  Motion of National Railroad Passenger Corporation for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 01–973.  GRAVES, WARDEN v. HUSS.  C. A. 8th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 01–1054.  LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY ET AL. v. LABOR/COMMUNITY STRATEGY CENTER ET AL.  C. A. 9th Cir.  Motion of Foothill Transit et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 01–7229.  ROSE v. FLORIDA.  Sup. Ct. Fla.  Motion of petitioner to consolidate this case with No. 01–488, *Ring* v. *Arizona* [certiorari granted, 534 U. S. 1103], denied.  Certiorari denied.